IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00497-RPM

HARVEST THOMAS III,

      Plaintiff,

vs.

KAISER FOUNDATION HEALTH PLAN, INC.,

      Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE

_____

Upon consideration of Defendant Kaiser Foundation Health Plan of Colorado's

Unopposed Motion to Vacate and Reset the Scheduling Conference, and being fully advised in

the premises,

It is hereby ORDERED that the Motion is <u>GRANTED</u>.  The Scheduling Conference

scheduled for July 22, 2011 has been vacated and rescheduled to August 2, 2011, at 10:00 am.

DATED this 8th day of July, 2011.

BY THE COURT

s/Richard P. Matsch

_____

Honorable Richard P. Matsch