IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00497-RPM

HARVEST THOMAS III,

     Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

     Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO STAY

---

Upon review of the Plaintiff's Motion to Stay Proceedings, filed October 18, 2011, the defendant's response in opposition, filed November 8, 2011, and the plaintiff's reply, filed November 21, 2011, it is

ORDERED that the motion to stay is denied.

DATED: November 22nd, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge