IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00497-RPM

HARVEST THOMAS III,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendant.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Plaintiff's Unopposed Motion to Dismiss without Prejudice [26] filed February 17, 2012, it is

ORDERED that the motion is granted and the complaint is dismissed without prejudice, each party to bear its own fees and costs.

DATED: February 28th, 2012

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge